DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**IAN GARDNER,**
Appellant,

v.

**SUPISARA HOLT and CHRISTINA BRINSON,**
Appellees.

No. 4D21-224

[March 31, 2021]

Appeal from the County Court, Palm Beach County, Fifteenth Judicial Circuit; Sherri L. Collins, Judge; L.T. Case Nos. 502019SC014105 and 502019AP000186.

Ian Gardner, Loxahatchee, pro se.

Supisara Holt and Christina Brinson, Wellington, pro se.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150 (Fla. 1979).

GROSS, FORST and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***